```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                                    :
                                                             :
        -against-                                            :    18-CR-282 (VEC)
                                                             :
JESUS LOPEZ,                                                 :    ORDER
                                                             :
                        Defendant.                           :
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 06/09/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Lopez has filed a motion or compassionate release;

IT IS HEREBY ORDERED THAT the Government must file a response to the motion, no later than **June 23, 2020**. The Government is directed to file Mr. Lopez's medical, educational and disciplinary records from BOP under seal. Mr. Lopez's reply, if any, is due by **July 7, 2020**.

A copy of this Order has been mailed to Mr. Lopez by chambers staff.

**SO ORDERED.**

Date: **June 9, 2020**  
New York, NY

_____  
**VALERIE CAPRONI**  
**United States District Judge**